No. ——. DICKENS *v.* UNITED STATES. Application for bail pending appeal presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. *Murry L. Randall* for applicant. *Solicitor General Griswold* for the United States in opposition.

No. ——. SCHONBRUN *v.* COMMANDING OFFICER ET AL. C. A. 2d Cir. Application for reconsideration of denial of stay of mandate presented to MR. JUSTICE HARLAN, and by him referred to the Court, denied. MR. JUSTICE DOUGLAS is of the opinion that the application should be granted. *Julius B. Kuriansky* for applicant.

No. 13. BALTIMORE & OHIO RAILROAD CO. ET AL. *v.* ABERDEEN & ROCKFISH RAILROAD CO. ET AL., *ante,* p. 87. Appellees are requested to file within 30 days a response to the petition for rehearing.

No. 44. SKINNER ET AL. *v.* LOUISIANA. Sup. Ct. La. Motion of petitioners for leave to file brief after argument granted, and such brief shall be filed within 10 days. *G. Wray Gill, Sr.,* and *George M. Leppert* for Skinner et al., and *Robert S. Link, Jr.,* for Charbonnet, on the motion. [For earlier orders herein, see, *e. g., ante,* p. 813.]

No. 138. POWELL ET AL. *v.* McCORMACK, SPEAKER OF THE HOUSE OF REPRESENTATIVES, ET AL. C. A. D. C. Cir. [Certiorari granted, *ante,* p. 949.] Motion to remove case from summary calendar granted. *Herbert O. Reid* and *Arthur Kinoy* on the motion.

No. 1029, Misc. WESTENDORF *v.* PATTERSON, WARDEN. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari denied.